IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CAMERON SCOTT BOLIN                                             PLAINTIFF

VS.                    Case No. 3:14-CV-3084-JLH

PROGRESSIVE CASUALTY INSURANCE COMPANY
d/b/a PROGRESSIVE HOME ADVANTAGE, and
HOMESITE INSURANCE COMPANY OF THE MIDWEST              DEFENDANTS

## ORDER OF DISMISSAL

Plaintiff, Cameron Scott Bolin, submits to the Court that all of his claims as to the Defendants have been resolved and this matter should be and is hereby DISMISSED WITH PREJUDICE with each party to bear their own costs and attorney's fees.

IT IS SO ORDERED this 16th day of July 2015.

_____
Honorable Timothy L. Brooks

Prepared by:
Stuart P. Miller
**MITCHELL, WILLIAMS, SELIG
 GATES & WOODYARD, P.L.L.C**
425 West Capitol Ave., Suite 1800
Little Rock, Arkansas 72201
*Attorney for Defendant*

Approved as to Form and Content:

_____
Hugh R. Laws
Norbert A. "Bret" Fleck
LAWS LAW FIRM
P.O. Box 3000
Russellville, AR 72811
*Attorney for Plaintiff*